UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. W11-603M |
| Plaintiff | ) | |
| v. | ) | **INFORMATION** |
| | ) | [Count One: 18 U.S.C. §§7(3) & 13 and |
| MELISSA MATEEN-HASSAN | ) | 661 - Theft of Private Funds |
| | ) | Count Two: 18 U.S.C. §§7(3) & 13 and |
| Defendant | ) | 661 - Theft of Private Property |
| | ) | Count Three: 18 U.S.C. §§7(3) & 13 and |
| | ) | 1382 – Unlawful Entry] |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
[18 U.S.C. §§7(3) & 13 and 661]

On or between July 16, 2009 and July 17, 2009, at the Fort Hood Military Reservation in the Western District of Texas, an area within the special maritime and territorial jurisdiction of the United States, the Defendant

MELISSA MATEEN-HASSAN

did take and carry away, with intent to steal and purloin, personal property of another not exceeding $1,000 in value, to wit: cash of the debit card of another totaling $142.00, in violation of Title 18 United States Code, Sections 7(3) & 13 and 661.

### COUNT TWO
[18 U.S.C. §§7(3) & 13 and 661]

On or between July 16, 2009 and July 17, 2009, at the Fort Hood Military Reservation in the Western District of Texas, an area within the special maritime and territorial jurisdiction of the United States, the Defendant

MELISSA MATEEN-HASSAN

did take and carry away, with intent to steal and purloin, personal property of another not exceeding $1,000 in value, to wit: debit card of another, in violation of Title 18 United States Code, Section 661.

## COUNT THREE
[18 U.S.C. §§7(3) & 13 and 1382]

On or between July 16, 2009 and July 17, 2009, at the Fort Hood Military Reservation in the Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant

MELISSA MATEEN-HASSAN

did go upon a military post, fort, arsenal, yard, station, or installation, for a purpose prohibited by law or lawful regulation, in violation of Title 18, United States Code, Sections 7(3), 13 and 1382.

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY:
LIONEL MARTIN
Special Assistant United States Attorney

UNSEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: DECEMBER 27, 2010    MPR # 05146-09    CASE NO.

COUNTY: BELL
JUDGE: JEFFREY MANSKE
S.A.U.S.A.: LIONEL MARTIN

DEFENDANT:

MELISSA MATEEN-HASSAN


OFFENSE & MAXIMUM PUNISHMENT:

Count One: 18 U.S.C. §§7(3) & 13 and 661 – Theft of Private Funds – 1 year confinement; 1 year TSR; $100,000 fine; $25 SA.

Count Two: 18 U.S.C. §§7(3) & 13 and 661 – Theft of Private Property – 1 year confinement; 1 year TSR; $100,000 fine; $25 SA.

Count Three: 18 U.S.C. §§7(3) & 13 and 1382 – Unlawful Entry – 6 months confinement; $5000 fine; $10 SA.