UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v ) | CRIMINAL NO. W11-603M |
| ) | |
| MELISSA MATEEN-HASSAN ) | |
| ) | |
| Defendant ) | |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

NOW COMES the United States Attorney for the Western District of Texas and requests, by leave of the Court endorsed hereon, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss, without prejudice, the charges contained within the original information against the Defendant,

MELISSA MATEEN-HASSAN

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY


BY: //S//_____
J. PATRICK ROBINSON
Special Assistant United States Attorney